IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MONTRELL DASHONE VENTRY                                                PETITIONER
ADC #141556

vs.                              Case No. 5:10CV00233-JMM-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                      RESPONDENT

### **ORDER**

Petitioner is hereby informed of his opportunity to reply within thirty (30) days to Respondent's arguments in his Response that the petition should be denied because it s subject to procedural default or otherwise contains non-cognizable or meritless claims. (Doc. No. 8) Petitioner may reply to any other argument in the Response.

IT SO ORDERED this 15th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE