**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MONTRELL DASHONE VENTRY                                         PETITIONER
*ADC #141556*

vs.                         Civil Case No. 5:10CV00233 JMM-JTK

RAY HOBBS
*Director,* Arkansas Department of Correction                   RESPONDENT

**ORDER**

Petitioner's Motion for Extension of Time to File a Reply (Doc. No. 13) is granted. His brief is due no later than May 16th, 2011.

Petitioner's Motion for Reconsideration of Appointment of Counsel (Doc. No. 12) is denied. It appears the issues are not overly complex, and Petitioner seems capable of presenting his claims. If at any time the Court finds Petitioner is unable to present his claims adequately, it will reconsider the motion.

SO ORDERED this 1st day of April, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE