IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MONTRELL DASHONE VENTRY**
ADC #141566                                                                                       PETITIONER

VS.                            CASE NO. 5:10CV00233 JMM

**RAY HOBBS, OFFICE OF DIRECTOR A.D.C.**                               RESPONDENT

### ORDER

Petitioner has filed a Motion to Hold in Abeyance his pending 28 U.S.C. § 2254 petition based upon the recent United States Supreme Court of case of *Miller v. Alabama*, 2012 WL 2368659 (S.Ct. June 25, 2012). Respondent is directed to file a response to the pending Motion to Hold in Abeyance on, or before, July 24, 2012.

Petitioner's time to file objections to the May 29, 2012 Report and Recommendation is extended up to, and including July 31, 2012.

IT IS SO ORDERED THIS  10   day of   July , 2012.

James M. Moody
United States District Court

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MONTRELL DASHONE VENTRY**
ADC #141566                                                                                              PETITIONER

VS.                       CASE NO. 5:10CV00233 JMM

**RAY HOBBS, OFFICE OF DIRECTOR A.D.C.**                              RESPONDENT

### ORDER

Petitioner has filed a Motion to Hold in Abeyance his pending 28 U.S.C. § 2254 petition based upon the recent United States Supreme Court of case of *Miller v. Alabama*, 2012 WL 2368659 (S.Ct. June 25, 2012).   Respondent is directed to file a response to the pending Motion to Hold in Abeyance on, or before, July 24, 2012.

Petitioner's time to file objections to the May 29, 2012 Report and Recommendation is extended up to, and including July 31, 2012.

IT IS SO ORDERED THIS   10   day of   July , 2012.

_____
James M. Moody
United States District Court