IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEFF S. DREWRY, individually and
on behalf of all wrongful death beneficiaries
and as administrator of the
Estate of Bobby Drewry                                                        PLAINTIFF

v.                              No. 4:12-cv-0153 KGB

3M COMPANY (sued individually and as
successor-in-interest to Minnesota Mining
and Manufacturing Company);
CYPRUS AMAX MINERALS CO. (sued as a
successor-in-interest to Cyprus Mineral Co.);
IMERYS TALC, INC. (sued individually and as
successor-in-interest to Luzenac Group and as
successor-in-interest to Cyprus Minerals Co.);
JOHN DOES 1-10                                                                DEFENDANTS

## ORDER

Plaintiff has filed a motion for leave to file a fourth amended complaint and for an extension of the discovery deadline (Dkt. No. 43). Defendants do not oppose the motion. Plaintiff's motion is granted. Plaintiff is directed to file the fourth amended complaint on or before March 15, 2013. A new scheduling order with a new discovery deadline will be issued by separate order.

SO ORDERED this 1st day of March, 2013.

_____
Kristine G. Baker
United States District Judge