# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

| | |
|---|---|
| MONTRELL DASHONE VENTRY )<br>ADC # 141556 )<br>  Petitioner, )<br>v. )<br> )<br>RAY HOBBS, Director, Arkansas )<br>Department of Correction )<br>  Respondent. ) | **Case No. 5:10-CV-00233 JMM-JTK** |

## ORDER GRANTING MOTION TO STAY

BEFORE THE COURT is Petitioner Montrell Dashone Ventry's Motion to Stay (Doc. No. 30). Petitioner has amended his petition to include a claim based on the Supreme Court's decision in *Miller v. Alabama*, 132 S.Ct. 2455 (2012), and it appears that he will be resentenced in light of that decision. Given the circumstances, the Court finds that Petitioner's motion should be granted, and any further proceedings in this action are hereby stayed.

Petitioner shall notify the Court when the resentencing process has completed and he no longer wishes to seek relief from the state. He shall also make any necessary amendments at that time.

SO ORDERED this 26th day of June, 2013.

_____
United States Magistrate Judge